An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL ALEXANDER ALVARENGA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62879

**FILED**

MAY 1 0 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying a motion to modify. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

The notice of appeal was untimely filed. NRAP 4(b); *Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 325 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-13814

cc:     Hon. Jerome T. Tao, District Judge
        Daniel Alexander Alvarenga
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk